IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MARCIA TURNER | CASE NUMBER: 08-06119-CV-SJ-REL |
| | DATE: April 16, 2010 |
| vs. | |
| ENTERPRISE LEASING CO. OF | |
| ST. LOUIS | Time Commenced: 10:05 A.M. |
| | Time Terminated: 10:25 A.M. |

HONORABLE ROBERT E. LARSEN presiding at Kansas City, Missouri

Nature of Proceeding: Approval of Final Settlement

## APPEARANCES

| Plaintiff | Defendant |
|---|---|
| Marcia Turner | Todd Applegate |
| Peter Daniels | |

**REMARKS**: Parties present telephonically ready to take up plaintiff's Application for Approval of Final Settlement and for Judgment Apportioning Settlement Proceeds(doc.416). Direct and cross examination of plaintiff regarding details of the settlement agreement.

Court makes a finding: that settlement in the amount stated in the Final Settlement and Release Agreement is reasonable; that the deduction and payment from the settlement agreement of the attorney fees and expenses are reasonable and should be deducted before final disbursement; that the net settlement, after deduction of attorneys' fees and expenses of litigation Final Settlement and Release Agreement to Plaintiff, in equal shares to each of the five siblings with each to receive 20% of the net proceeds is reasonable; and that Plaintiff is directed to give receipt for payments described in the Motion and in the Final Settlement and Release Agreement and provide an accounting for the proceeds to the Court. Order will be forthcoming.

ROBERT E. LARSEN
United States Magistrate Judge

Reporter: FTR - L. Carr

By: Lori Carr
Relief Courtroom Deputy