IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MARCIA TURNER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 08CV06119 |
| ENTERPRISE LEASING COMPANY OF ST. LOUIS, ET AL., | ) ) ) ) |
| Defendants. | ) |

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on May 24, 2010, a copy of Final Accounting of Plaintiff of Judgment Proceeds Pursuant to Section 537.095 and a copy of this Certificate of Mailing were sent to the following counsel of record via regular, U.S. Mail, postage prepaid: Steven J. Hughes, Marcus J. Raymond, Rabbitt, Pitzer & Snodgrass, P.C., 100 South Fourth Street, Suite 400, St. Louis, MO 63102-1821.

Respectfully submitted,

LATHROP & GAGE LLP

By: /s/ Peter F. Daniel
Peter F. Daniel (33798)
K. Paul Day (37820)
2345 Grand Boulevard, Suite 2800
Kansas City, Missouri 64108-2684
Telephone: (816) 292-2000
Telecopier: (816) 292-2001

ATTORNEYS FOR PLAINTIFF
MARCIA TURNER

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of May, 2010, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Steven J. Hughes
Marcus J. Raymond
Rabbitt, Pitzer & Snodgrass, P.C.
100 South Fourth Street, Suite 400
St. Louis, MO 63102-1821

Attorney for Enterprise Leasing

/s/ Peter F. Daniel
Attorneys For Plaintiff